In the Matter of the Accounting of EDWARD P. LYNCH, as Executor of ANNIE L. HOLLENBECK, Deceased, and HELEN G. LYNCH, as Executrix of EDWARD P. LYNCH, as Executor, Deceased.

SHELLA A. BOOTH, Appellant; HELEN G. LYNCH et al., Respondents.

Argued November 21, 1939; decided December 28, 1939.

*James H. Davies* for appellant.

*James R. Ingram* and *William D. Ingram* for Helen G. Lynch et al., respondents.

*John J. Livingston,* respondent, in person.

Order affirmed, with one bill of costs payable out of the estate. No opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.